# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,     :   No. 510 MAL 2023

           Respondent     :

                               :   Petition for Allowance of Appeal

                               :   from the Order of the Superior Court

           v.                        :

                               :

DAYMON GREGORY,              :

                               :

           Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 19th day of March, 2024, the Petition for Allowance of Appeal is **DENIED**.